## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FIORENTINE *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SARTON PUERTO RICO, LLC D/B/A<br>IKEA PUERTO RICO,<br><br>　　Defendant. | Civil Action No. 19-3424 (CKK) |

### ORDER
(August 29, 2020)

For the reasons set forth in the Memorandum Opinion accompanying this Order, the Court **GRANTS** Defendant's Motion, ECF No. 11. Accordingly, the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiffs' complaint in its entirety.

**SO ORDERED.**

Date: August 29, 2020

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge

1